**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PAUL GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>7 ELEVEN STORE #39011 B, a business entity; RAJ SAMRA, INC., a corporation; RUPINDER SINGH SAMRA, an individual; SAMRA BROTHERS INC., a corporation,<br><br>Defendants | Case No.: 8:20-cv-01710-DOC-KESx<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL PARTIES IN INTEREST:**

   **NOTICE IS HEREBY GIVEN** that Plaintiff, RUBEN PAUL GONZALES, has reached a full and comprehensive settlement of this civil action with mutual general releases.

   The settlement has been reached involving the Plaintiff and the Defendants 7 ELEVEN STORE #39011 B, a business entity; RAJ SAMRA, INC., a corporation; RUPINDER SINGH SAMRA, an individual; SAMRA BROTHERS INC., a corporation.

//

//

1

**NOTICE OF SETTLEMENT**

The parties are awaiting final execution and signing of the settlement paperwork.

DATED: 12/11/2020

_____
Joseph Bakhos, Esq.
Attorney for Plaintiff

2

**NOTICE OF SETTLEMENT**